```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

UNITED STATES OF AMERICA         :     Criminal No. 07-745

      v.                         :

KAN, ATILLA                      :     **SUBSTITUTION OF ATTORNEY**


PLEASE TAKE NOTICE that Paul J. Fishman, United States Attorney for the District of New Jersey, has reassigned the above-captioned matter to Lisa Rose, Assistant U.S. Attorney (lisa.rose@usdoj.gov), in substitution for Christine I. Magdo, Assistant U.S. Attorney, who previously appeared in this matter.

```
                                 PAUL J. FISHMAN
                                 UNITED STATES ATTORNEY



                             By: s/Lisa Rose
                                 LISA ROSE
                                 Assistant U.S. Attorney
```

Dated: May 20, 2010