**DUANE MORRIS** LLP
**A Delaware Limited Liability Partnership**
By: Eric R. Breslin, Esq.
744 Broad Street, Suite 1200
Newark, NJ 07102-3889
973-424-2000

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Docket No. 07-00745-001 (SDW) |
| vs. ) | |
| ) | |
| ATILLA KAN ) | |

WHEREAS, on September 14, 2007, defendant Atilla Kan ("Defendant") surrendered his United States passport to Pretrial Services;

WHEREAS, Defendant seeks to change his citizenship status with the U.S. Citizenshp and Immigration Services (USCIS) from legal permanent resident to United States citizen;

WHEREAS, USCIS has indicated that Defendant must present to it all documentation evidencing his status as a citizen;

WHEREAS, Pretrial Services has indicated that it cannot return Defendant's passport to him absent a court order.

It is on this 19th day of August 2011,

ORDERED that the Pretrial Services temporarily release to Defendant his United States passport for two consecutive days from 9:00 a.m. to 5:00 p.m. each day; and it is further

ORDERED that Defendant return his passport to Pretrial Services at or before 5:00 p.m. each day and then upon finalization of his citizenship status with USCIS.

DUANE MORRIS LLP
Attorneys for Defendant
Atilla Kan

By: _____
Eric R. Breslin

By: _____
Joyce M. Malliet
Assistant U.S. Attorney

Dated: 8/18/11

Dated: 8/18/11

SO ORDERED:

_____
Hon. Susan D. Wigenton, U.S.D.J.